UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:11-CR-00406-PMP-GWF |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LISA HART WIMBUSH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the Federal Public Defender's Ex Parte Motion to Withdraw as Counsel and Have Counsel Appointed (Doc. #29) is hereby GRANTED.

DATED: August 13, 2012

_____
PHILIP M. PRO
United States District Judge